The People of the State of New York ex rel. George Dawkins, Appellant, v. Warden of Sing Sing Prison, Respondent.— Motion to dismiss appeal granted.  Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Annie E. Seaman, as Administratrix, etc., of Alanson H. Seaman, Deceased, Respondent, v. New York Telephone Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied.  Motion for reargument denied, with ten dollars costs.  Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Mary S. Sidway, Respondent, Appellant, v. Harold S. Sidway, Defendant, and Frank S. Sidway, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.  Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Mary S. Sidway, Respondent, Appellant, v. Harold S. Sidway, Defendant, and Frank S. Sidway, Appellant.— Motion to resettle order granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Thomas Cobham, Appellant, v. South Brooklyn Railway Company, Respondent.— Order unanimously affirmed, with costs.  No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.

Patrick J. Conlin, Appellant, v. Willard V. King and Paul T. Brady, as Receivers of the South Shore Traction Company, Respondents.— The motion to open the default was regularly made at Special Term.  (*Mott* v. *Mott*, 134 App. Div. 569; *Loper* v. *Wading River Realty Co.*, 143 id. 167.) As no judgment had been entered on the default in Nassau county, plaintiff was not guilty of laches in making said motion.  The record on appeal shows that plaintiff's attorney was actually engaged in the trial of an action in the Supreme Court of Kings county at the time the default was ordered in this action in Nassau county.  Order reversed, with ten dollars costs and disbursements, and motion to open default granted, without costs.  Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Anna De Luca, as Administratrix, etc., of Giuseppe De Luca, Deceased, Appellant, v. Andrea Pumo, Respondent.— Order modified by providing that the judgment shall stand as security, and by imposing fifty dollars costs and disbursements as terms for opening the default; and as so modified affirmed, with costs and disbursements of this appeal to the appellant. No opinion.  Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

George M. Estabrook, Appellant, v. Frederick P. Morris and Others, Respondents.— Order of the County Court of Nassau county affirmed, with ten dollars costs and disbursements.  No opinion.  Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of Anson Baldwin, as Trustee, etc., of Abijah Curtiss, Deceased, Respondent. Caroline Curtiss Johnson and Others, Appellants; Mary E. Curtiss and Frederic H. Curtiss, Respondents.— Decree of the Surrogate's Court of Westchester county affirmed, with costs.  No opinion.  Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.